IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAUREN GREENE )<br>        Plaintiff, )<br>        )<br>v. )<br>        )<br>THE OFFICE OF REPRESENTATIVE )<br>BLAKE FARENTHOLD )<br>        )<br>        Defendant. )<br>        ) | | Case No. 1:14-cv-02110 (RC) |

**JOINT MOTION REQUESTING EXTENSION OF MEDIATION PERIOD**

Plaintiff Lauren Greene and Defendant Office of Blake Farenthold, through counsel, hereby file this joint motion.

1. The 30-day mediation period ordered by the Court on June 25, 2015 is expiring and there is a status conference scheduled for tomorrow, July 29, 2015.

2. In light of the Congressional schedule and upcoming August recess, the parties request additional time for mediation.

3. Accordingly, the parties request that (a) the mediation period be extended to October 1, 2015; (b) the discovery stay previously entered remain in place; and (c) the status conference set for tomorrow, July 29, 2015, be vacated.

    Respectfully submitted,

    ALDERMAN, DEVORSETZ & HORA, PLLC

    By:_____/s/_____
    Leslie D. Alderman III, D.C. Bar 477750
    1025 Connecticut Avenue, NW
    Suite 615
    Washington, D.C. 20036
    (202) 969-8220

Case 1:14-cv-02110-RC   Document 16   Filed 07/28/15   Page 2 of 2

- 2 -

ladlerman@adhlawfirm.com
Attorneys for Plaintiff


U.S. HOUSE OF REPRESENTATIVES
OFFICE OF HOUSE EMPLOYMENT COUNSEL

By:  _____/s/_____
Ann R. Rogers, D.C. Bar # 441622
Russell H. Gore, D.C. Bar # 449231
Gloria J. Lett, D.C. Bar # 293365
U.S. House of Representatives
Office of House Employment Counsel
4300 O'Neill Federal Building
Washington, D.C. 20515
 (202) 225-7075
Ann.Rogers@mail.house.gov
Russell.Gore@mail.house.gov
Gloria.Lett@mail.house.gov
Attorneys for Defendant


Dated:  July 28, 2015