**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LAUREN GREENE | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE OFFICE OF REPRESENTATIVE | ) | Case No. 1:14-cv-02110 (RC) |
| BLAKE FARENTHOLD | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED, by and between the Parties, that pursuant to the agreement of

the Parties, this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Respectfully submitted,

ALDERMAN, DEVORSETZ & HORA, PLLC

By:_____/s/_____
Leslie D. Alderman III, D.C. Bar 477750
1025 Connecticut Avenue, NW
Suite 615
Washington, D.C. 20036
(202) 969-8220
ladlerman@adhlawfirm.com

*Attorneys for Plaintiff*

*Signatures continued on following page*

U.S. HOUSE OF REPRESENTATIVES
OFFICE OF HOUSE EMPLOYMENT COUNSEL

By: _____/s/_____
Ann R. Rogers, D.C. Bar # 441622
Russell H. Gore, D.C. Bar # 449231
Gloria J. Lett, D.C. Bar # 293365
U.S. House of Representatives
Office of House Employment Counsel
4300 O'Neill Federal Building
Washington, D.C. 20515
 (202) 225-7075
Ann.Rogers@mail.house.gov
Russell.Gore@mail.house.gov
Gloria.Lett@mail.house.gov

*Attorneys for Defendant*

Dated:  November 18, 2015